STATE OF NORTH CAROLINA v. WILLIAM ALBERT LOCKLER

No. 7126SC449

(Filed 14 July 1971)

APPEAL by defendant from *Snepp, J.,* 22 March 1971 Criminal Session of Superior Court held in MECKLENBURG County.

Defendant tendered pleas of guilty to possession of burglary tools and carrying a concealed weapon. The pleas of guilty were accepted after determination by the court that they were freely, understandingly and voluntarily made. From judgments imposing active prison sentences, the defendant appealed.

*Attorney General Robert Morgan by Staff Attorney Russell G. Walker for the State.*

*Plumides and Plumides by Michael S. Shulimson for defendant appellant.*

VAUGHN, Judge.

Defendant's court-appointed counsel has filed a brief in which he states that he is unable to find error in the proceedings. We have reviewed the record proper and find no prejudicial error.

Affirmed.

Judges BROCK and GRAHAM concur.